BETTY STYLES, PLAINTIFF, v. PUBLIC SERVICE CO-ORDI-
NATED TRANSPORT, DEFENDANT.

Submitted October 1, 1935—Decided February 19, 1936.

Before BROGAN, CHIEF JUSTICE, and Justices LLOYD and
DONGES.

For the rule, *Henry H. Fryling, William H. Speer* and
*Carl T. Freggens.*

*Contra, Sidney Kitay, David Cohn* and *John J. Breslin, Jr.*

PER CURIAM.

Plaintiff has a verdict in a suit against defendant for dam-
ages for injuries alleged to have been sustained through the
negligence of the operator of defendant's bus.

Application was made to the trial judge for a rule to show
cause why the verdict should not be set aside on the grounds
that it is contrary to the weight of the evidence and is exces-
sive. That application was denied.

Upon application to this court, a rule to show cause why a
new trial should not be allowed on the grounds that the ver-
dict was against the weight of the evidence, and that the dam-
ages were excessive was allowed.

Upon examination of the evidence, we conclude that the
verdict in this case is so clearly against the weight of the evi-
dence on the question of defendant's negligence that a new
trial should be ordered.

The rule to show cause is made absolute.